Mitchell D. Gliner, Esq.
Nevada Bar #003419
3017 West Charleston Blvd., #95
Las Vegas, NV 89102
(702) 870-8700
(702) 870-0034 Fax
mgliner@glinerlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

WILLIAM L. GOHRES )
                  )
    Plaintiff,    )
                  )   No. 2:18-cv-00977-RFB-GWF
vs.               )
                  )
HYUNDAI CAPITAL AMERICA dba )
HYUNDAI MOTOR FINANCE       )
                  )
                  )
    Defendant.    )
_____)

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear their own costs and attorney's fees.

MITCHELL D. GLINER, ESQ.                    LEWIS ROCA ROTHGERBER
                                             CHRISTIE LLP

_____             _____
MITCHELL D. GLINER, ESQ.                    J. CHRISTOPHER JORGENSEN, ESQ.
Nevada Bar No. 003419                       Nevada Bar No. 005382
3017 W. Charleston Blvd. # 95               3393 Howard Hughes Pkwy Suite 600
Las Vegas, Nevada 89102                     Las Vegas, Nevada 89169
Attorney for Plaintiff                      Attorneys for Defendant

IT IS SO ORDERED this 10th day of January, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge